IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES DEAN GARNER**                                                                    **PLAINTIFF**
**#23557**

v.                              Case No. 4:24-cv-00107-KGB

**STATE OF ARKANSAS,** *et al.*                                                            **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 17). Also before the Court is *pro se* plaintiff Charles Dean Garner's motion to continue (Dkt. No. 18). The Court has reviewed the Recommendation (Dkt. No. 17). Garner has not filed any objections to the Recommendation, and the time to file objections has passed.

The Court notes that Garner's motion to continue requests that he be allowed a continuance "until[] I can access the law library" upon transfer to another correctional institution (Dkt. No. 18). However, more than two months have passed since Garner filed his motion to continue. Mail sent to Garner by the Clerk after he filed his motion to continue has been returned to the Court as undeliverable (Dkt. No. 19), and Garner has failed to provide the Court with an updated address since that time in violation of the requirements of Local Rule 5.5(c)(2) of the *Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas*.

Accordingly, after careful consideration of the Recommendation and the record in this case, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (Dkt. No. 17). The Court dismisses without prejudice Garner's complaint (Dkt. No. 1). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith. The Court

2

recommends that, in the future, this dismissal be considered a "strike" for purposes of 28 U.S.C. § 1915(g). The Court denies as moot the motion to continue (Dkt. No. 18).

It is so ordered this 11th day of September, 2025.

_____
Kristine G. Baker
Chief United States District Judge